[No. 38207-1-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LIONEL
BERRYSMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03959-2, LeRoy McCullough, J., entered
October 27, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 38400-7-I.    Division One.    March 2, 1998.]

B.J. SADLEIR, *Appellant*, v. BERNARD J. BARNES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-14181-3, Richard D. Eadie, J., entered
February 22, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38479-1-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER LEE
ROSS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08596-9, Michael Hayden, J., entered
April 17, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38905-0-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
HOLMAN HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-05816-3, Linda Lau, J., entered June 17,
1996. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Agid and Becker, JJ.